

Logout Search Menu New District Civil Search Back                          Location : All District Civil Courts   Help

# REGISTER OF ACTIONS
## CASE NO. DC-09-09989

MANUELA REYES vs. KROGER TEXAS LP             §   Case Type:    MOTOR VEHICLE ACCIDENT
                                              §   Date Filed:   08/07/2009
                                              §   Location:     160th District Court
                                              §
                                              §

### PARTY INFORMATION

**DEFENDANT**  KROGER TEXAS LP                                **Lead Attorneys**
                                                              WEEMS, HAILEY K
                                                              *Retained*
                                                              214-999-0550(W)

**PLAINTIFF**  REYES, MANUELA                                 STOVALL, KIMBERLY A
                                                              *Retained*
                                                              972-774-1276(W)

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 08/07/2009 | ORIGINAL PETITION (OCA) |
| 08/07/2009 | ISSUE CITATION |
| 08/07/2009 | CITATION |
|  | ATTY |
|  | KROGER TEXAS LP     served 09/14/2009  returned 09/21/2009 |
| 09/16/2009 | ORIGINAL ANSWER - GENERAL DENIAL |
| 09/29/2009 | AFFIDAVIT |
|  | - 5 |
| 10/22/2009 | RULE 11 |
| 10/22/2009 | MISCELLANOUS EVENT |
|  | JOINT STATUS REPORT FOR LEVEL 2 CASES |
| 10/23/2009 | CANCELED  Scheduling Conference  (9:00 AM) (Judicial Officer JORDAN, JIM) |
|  | BY COURT ADMINISTRATOR |
|  | Joint Status Report filed 10/22/09; proposed Agreed Scheduling Order received |
| 10/23/2009 | SCHEDULING ORDER |
|  | Vol./Book 430H, Page 441, 4 pages |
| 11/16/2009 | MISCELLANOUS EVENT |
|  | CERTIFICATION |
| 11/16/2009 | AFFIDAVIT |
|  | - 8 |
| 12/02/2009 | AMENDED ANSWER - AMENDED GENERAL DENIAL |
|  | 1ST |
| 12/30/2009 | MOTION - MISCELLANOUS |
|  | M/RULE/OBJS AND COMPEL WRITTEN DISCOVERY |
| 12/30/2009 | SPECIAL EXCEPTIONS |
|  | PLTF |
| 12/30/2009 | AFFIDAVIT |
|  | - 2 |
| 01/04/2010 | MOTION - MISCELLANOUS |
|  | M/RULE OBJS AND COMPEL WRITTEN DISCOVERY |
| 01/04/2010 | SPECIAL EXCEPTIONS |
|  | PLTF |
| 01/08/2010 | AMENDED PETITION |
|  | 1ST |
| 02/09/2010 | DESIGNATION OF EXPERT WITNESS(ES) |
|  | MEDICAL |
| 02/10/2010 | MOTION - EXTEND |
|  | DEADLINE-PLTF |

| Date | Event |
|---|---|
| 02/16/2010 | AFFIDAVIT |
| 02/18/2010 | MOTION - CONTINUANCE |
|  | OF PLTF'S M/COMPEL |
| 02/19/2010 | Motion - Compel (1:30 PM) (Judicial Officer JORDAN, JIM) |
|  | PLTF |
| 02/22/2010 | CERTIFICATE OF DEPOSITION |
|  | REYES, M |
| 03/12/2010 | CANCELED  MOTION HEARING (9:30 AM) (Judicial Officer JORDAN, JIM) |
|  | REQUESTED BY ATTORNEY/PRO SE |
| 03/23/2010 | CANCELED  Motion - Compel (8:30 AM) (Judicial Officer JORDAN, JIM) |
|  | REQUESTED BY ATTORNEY/PRO SE |
|  | 02/26/2010 Reset by Court to 03/23/2010 |
| 03/24/2010 | RULE 11 |
| 04/26/2010 | MOTION - SUMMARY JUDGMENT |
| 04/29/2010 | NOTICE OF HEARING / FIAT |
| 06/02/2010 | MOTION HEARING (1:15 PM) (Judicial Officer JORDAN, JIM) |
|  | D/MSJ |
| 06/07/2010 | Non Jury Trial (9:30 AM) (Judicial Officer JORDAN, JIM) |

### FINANCIAL INFORMATION

|  |  |  |  |  |
|---|---|---|---|---|
|  | PLAINTIFF REYES, MANUELA |  |  |  |
|  | Total Financial Assessment |  |  | 230.00 |
|  | Total Payments and Credits |  |  | 230.00 |
|  | Balance Due as of 05/06/2010 |  |  | 0.00 |
| 08/07/2009 | Transaction Assessment |  |  | 222.00 |
| 08/07/2009 | Transaction Assessment |  |  | 8.00 |
| 08/07/2009 | PAYMENT (CASE FEES) | Receipt # 60859-2009-DCLK | STOVALL & ASSOC PC | (230.00) |