

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUELA REYES, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| KROGER TEXAS, LP, | § | |
| Defendant. | § | |

## INDEX OF ATTACHMENTS TO NOTICE OF REMOVAL

(1)     April 30, 2010 correspondence from Kimberly Stovall to Hailey Moore Weems;

(2)     May 4, 2010 correspondence from Hailey Moore Weems to Kimberly Stovall;

(3)     Plaintiff's Second Supplemental Responses and Objections to Defendant's First Request for Admissions;

(4)     State court docket sheet (as of May 6, 2010);

(5)     Index of State Court Filings;

   a)     Plaintiff's Original Petition and Request for Disclosure and Citation (filed August 7, 2009);

   b)     Defendant's Original Answer (filed September 16, 2009);

   c)     Plaintiff's Business Records Affidavits (filed September 29, 2009);

   d)     Rule 11 Agreement (filed October 22, 2009);

   e)     Joint Status Report for Level 2 Cases (filed October 22, 2009);

   f)     Agreed Scheduling Order (filed October 23, 2009);

   g)     Plaintiff's Certification (filed November 16, 2009);

   h)     Plaintiff's Business Records Affidavits (filed November 16, 2009);

8.

i) Defendant's First Amended Answer (filed December 2, 2009);

j) Plaintiff's Motion to Rule on Objections and Compel Written Discovery (filed December 30, 2009);

k) Plaintiff's Special Exceptions to Defendant's First Amended Answer (filed December 30, 2009);

l) Plaintiff's Business Records Affidavits (filed December 30, 2009);

m) Plaintiff's Motion to Rule on Objections and Compel Written Discovery (filed January 4, 2010);

n) Plaintiff's Special Exceptions to Defendant's First Amended Answer (filed January 4, 2010);

o) Plaintiff's First Amended Original Petition (filed January 8, 2010);

p) Plaintiff's Designation of Testifying Medical Experts (filed February 9, 2010);

q) Plaintiff's Motion to Extend Deadline to Designate Liability Experts (filed February 10, 2010);

r) Plaintiff's Business Records Affidavts (filed February 16, 2010);

s) Motion for Continuance of Plaintiff's Motion to Compel (February 18, 2010);

t) Certificate of Deposition (filed February 22, 2010);

u) Rule 11 Agreement (filed March 24, 2010);

v) Defendant's No Evidence Motion for Summary Judgment and Brief in Support Thereof; and Rule 166a(c) Motion for Summary Judgment on Plaintiff's Negligent Activity Claim (filed April 26, 2010); and

w) Notice of Hearing/Fiat (filed April 29, 2010).

(6) Certificate of Interested Parties.