

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUELA REYES, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:10-CV-922-B |
| KROGER TEXAS, LP, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to the District Court's orders of reference, filed September 13 and 14, 2010, before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as to *Plaintiff's Motion to Remand*, filed June 7, 2010 (doc. 4), *Plaintiff's Motion for Sanctions*, filed June 16, 2010 (doc. 10), *Plaintiff's Amended Motion to Remand and Brief in Support*, filed August 11, 2010 (doc. 18), *Plaintiff's Amended Motion to Remand and Brief in Support*, filed August 11, 2010 (doc. 19), and *Defendant's Objection to and Motion to Strike Plaintiff's Amended Motion to Remand and Brief in Support, and Subject Thereto, Response to Plaintiff's Amended Motion to Remand and Brief in Support Thereof*, filed August 25, 2010 (doc. 20). The Magistrate Judge recommended that Plaintiff's amended motion to remand (doc. 19) and motion for sanctions (doc. 10) be **DENIED**, that her original motion to remand (doc. 4) and her first amended motion to remand (doc. 18) be **DENIED** as moot, that Defendant's objections be **OVERRULED**, and its motion to strike **DENIED**.

Upon review of the relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), this Court is of the opinion that the Findings and Conclu-

sions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this __25th__ day of __October__, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE