UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUELA REYES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-CV-0922-B |
| KROGER TEXAS LP, | § § § | |
| Defendant. | § | |

### ORDER TO SUBMIT FINAL PAPERS

The Court has been informed that this case has settled. Accordingly, the Court **ORDERS** the parties to present to the Court a final judgment or agreed order of dismissal on or before **February 18, 2011.**

SO ORDERED.

SIGNED January 19, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -