UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUELA REYES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-CV-0922-B |
| KROGER TEXAS LP, | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is parties' Joint Motion to Dismiss (doc. 44). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that all of the claims that were or could have been asserted in this civil action are hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED, ADJUDGED** and **DECREED** that costs of court are to be borne by the party incurring same.

SO ORDERED.

SIGNED May 11, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE